IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

DEC 16 2021

ARTHUR JOHNSTON
DEPUTY

UNITED STATES OF AMERICA

v.                                                  CRIMINAL NO. 2:20-cr-16-KS-MTP

DAVID "JASON" RUTLAND

### AMENDED FINAL ORDER OF FORFEITURE

Before this Court is the United States of America's Motion [114] for a Final Order of

Forfeiture.  Having reviewed the Government's motion, this Court finds that it is well taken and

should be GRANTED.  In support of its ORDER, the Court finds as follows:

The Court entered Agreed Preliminary Order of Forfeiture [93] David "Jason" Rutland

(hereafter "Rutland"), forfeiting the following **"Subject Property"** to the United States pursuant

to 18 U.S.C. § 982 (a)(7):

| Crim. Forf. ID | Identifier from parallel Civil Case U.S. v. Real Prop. Located at 19 Crane Park, 2:18-cv-00165-KS-MTP | Asset Description |
|---|---|---|
| A1 | A-001 a/k/a 16-DCI-000076 | $1,001,417.67 seized from Bancorp South Bank account number 60513983, an account in the name of World Health Industries Inc. |
| A2 | A-006 a/k/a 16-DCI-000078 | $242,222.91 seized from Bancorp account number 75627430, an account in the name of David Jason Rutland. |
| A3 | A-007 a/k/a 16-DCI-000079 | $31,534.15 seized from Bancorp account number 75140665, an account in the name of Rutland Company, LLC. |
| A4 | A-015 a/k/a 16-DCI-000077 | $727.06 seized from Bancorp account number 75887760, an account in the name of World Health Holding Company, Inc. |
| B4 | B-009 a/k/a 16-FBI-001304 | Approximately $25,638.93 currently being held in the USDOJ Seized Asset Deposits Fund that represents the net proceeds of the 2014 Land Rover, VIN SALWR2EF3EA336714, Tag MS HSC678, with all |

1

| | | attachments thereon, registered to World Health Industries, Inc. |
|---|---|---|
| B6 | B-013<br>a/k/a<br>16-FBI-001305 | Approximately $20,054.28 currently being held in the USDOJ Seized Asset Deposits Fund that represents the net proceeds of the 2015 Mercedes Benz GL, VIN 4JGDF2EE3FA577183, Tag MS HYQ545, with all attachments thereon, registered to Morgan Hollingsworth. |
| B7 | B-014<br>a/k/a<br>16-FBI-001383 | Approximately $28,368.34 currently being held in the USDOJ Seized Asset Deposits Fund that represents the net proceeds of the 2016 Dodge Ram 5500, VIN 3C7WRNFL5GG179742, with all attachments thereon, registered to The Rutland Company, LLC. |
| B10 | 20-FBI-004389 | A three-carat diamond purchased by Jason Rutland on or about July 13, 2015 for $34,500 and bearing the inscription GIA 2165688215. |
| C1 | C-001<br>a/k/a<br>17-DCI-000086 | 2278 Martin Road, Bolton, Mississippi, Hinds County, (296.31 Acres) including parcels 4967-545, 4967-545-1, 4967-546, 4967-546-3, 4967-546-4,4967-546-5 & 4967-547-2, titled to the Rutland Family Trust, further described as:<br><br>TRACT 1<br>COMMENCING AT AN IRON PIN FOUND MARKING THE SOUTHWEST CORNER OF SECTION 20, TOWNSHIP 7 NORTH, RANGE 3 WEST, HINDS COUNTY, MISSISSIPPI AND RUN NORTH 56 DEG 01 MIN 28 SEC EAST FOR A DISTANCE OF 2,707.03 FEET TO A POINT, SAID POINT BEING THE POINT OF BEGINNING OF THE TRACT HEREIN DESCRIBED:<br><br>FROM THE POINT OF BEGINNING THENCE RUN NORTH 86 DEG 29 MIN 53 SEC WEST FOR A DISTANCE OF 703.66 FEET TO A 1/2" IRON REBAR FOUND; THENCE RUN NORTH 00 DEG 41 MIN 00 SEC EAST FOR A DISTANCE OF 114.25 FEET TO A ½" IRON REBAR FOUND; THENCE RUN 31 DEG 22 MIN 00 SEC WEST FOR A DISTANCE OF 124.80 FEET TO A ½" IRON REBAR FOUND; THENCE RUN NORTH 80 DEG 42 MIN 00 SEC WEST FOR A DISTANCE OF 121.75 FEET TO A ½" IRON REBAR FOUND; THENCE RUN NORTH 00 DEG 03 MIN 11 SEC EAST FOR A DISTANCE OF 886.81 FEET TO A ½" IRON REBAR FOUND; THENCE 00 DEG 54 MIN 02 SEC EAST FOR A DISTANCE OF 2,609.87 FEET TO A ½" IRON REBAR FOUND; THENCE RUN NORTH 89 DEG 49 MIN 17 SEC EAST FOR A DISTANCE OF 808.38 FEET TO A POINT; THENCE RUN SOUTH 00 DEG 05 MIN 57 SEC EST FOR A DISTANCE OF 3,140.02 FEET TO A POINT; THENCE RUN SOUTH 02 DEG |

42 MIN 31 SEC EAST FOR A DISTANCE OF 644.40 FEET BACK TO THE POINT OF BEGINNING, SAID TRACT BEING 71.61 ACRES MORE OR LESS, AND LOCATED IN THE NORTHWEST QUARTER (NW ¼) AND THE SOUTHWEST QUARTER (SW ¼) OF SECTION 20, TOWNSHIP 7 NORTH, RANGE 3 WEST, HINDS COUNTY, MISSISSIPPI.

TRACT 2
COMMENCING AT AN IRON PIN FOUND MARKING THE SOUTHWEST CORNER OF SECTION 20, TOWNSHIP 7 NORTH, RANGE 3 WEST, HINDS COUNTY, MISSISSIPPI AND RUN NORTH 19 DEG 18 MIN 44 SEC EAST FOR A DISTANCE OF 1,780.25 FEET TO A POINT, SAID POING BEING THE POINT OF BEGINNING OF THE TRACT HEREIN DESCRIBED:

FROM THE POINT OF BEGINNING THENCE RUN NORTH FOR A DISTANCE OF 767.99 FEET TO A POINT; THENCE RUN WEST FOR A DISTANCE OF 618.53 FEET TO A ½" IRON REBAR FOUND; THENCE RUN NORTH 00 DEG 42 MIN 57 SEC WEST FOR A DISTANCE OF 216.70 FEET TO A ½" IRON REBAR FOUND; THENCE RUN SOUTH 89 DEG 43 MIN 31 SEC WEST FOR A DISTANCE OF 1,306.05 FEET TO A RAILOAD IRON FOUND; THENCE RUN NORTH 00 DEG 14 MIN 39 SEC WEST FOR A DISTANCE OF 2,626.74 FEET TO A RAILROAD IRON FOUND; THENCE RUN NORTH 89 DEG 48 MIN 50 SEC EAST FOR A DISTANCE OF 1,431.75 FEET TO A FOUND IRON PIPE; THENCE RUN NORTH 89 DEG 49 MIN 17 SEC EAST FOR A DISTANCE OF 1,318.58 FEET TO A ½" IRON REBAR FOUND; THENCE RUN SOUTH 00 DEG 54 MIN 02 SEC WEST FOR A DISTANCE OF 2,609.87 FEET TO A ½" IRON REBAR FOUND; THENCE RUN SOUTH 00 DEG 03 MIN 11 SEC WEST FOR A DISTANCE OF 886.82 FEET TO A ½" IRON REBAR FOUND; THENCE RUN SOUTH 87 DEG 56 MIN 00 SEC WEST FOR A DISTANCE OF 286.00 FEET TO A ½" IRON REBAR FOUND; THENCE RUN SOUTH 00 DEG 23 MIN 10 SEC EAST FOR A DISTANCE OF 178.40 FEET TO A ½" IRON REBAR FOUND; THENCE RUN NORTH 81 DEG 30 MIN 07 SEC WEST FOR A DISTANCE OF 490.79 FEET BACK TO THE POINT OF BEGINNING, SAID TRACT BEING 184.44 ACRES, MORE OR LESS, AND LOCATED IN THE NORTHWEST QUARTER (NW ¼) AND THE SOUTHWEST QUARTER (SW ¼) OF SECTION 20, TOWNSHIP 7 NORTH, RANGE 3 WEST , AND ALSO IN THE NORTHEAST QUARTER (NE ¼) AND THE SOUTHEAST QUARTER (SE ¼) OF SECTION 19, TOWNSHIP 7 NORTH, RANGE 3 WEST, HINDS COUNTY, MISSISSIPPI.

| | | |
|---|---|---|
| | | • Property Acreage in Title Deed does not match with the County Assessment Acreage<br><br>TRACT 3<br><br>COMMENCING AT AN IRON PIN FOUND MARKING THE SOUTHWEST CORNER OF SECTION 20, TOWNSHIP 7 NORTH, RANGE 3 WEST, HINDS COUNTY, MISSISSIPPI AND RUN NORTH 60 DEG 59 MIN 22 SEC EAST FOR A DISTANCE OF 3,064.46 FEET TO A ½" IRON REBAR FOUND, SAID POINT BEING THE POINT OF BEGINNING OF THE TRACT HEREIN DESCRIBED:<br><br>FROM THE POINT OF BEGINNING THENCE RUN NORTH 86 DEG 29 MIN 53 SEC WEST FOR A DISTANCE OF 435.91 FEET TO A POINT; THENCE RUNNING NORTH 02 DEG 42 MIN 31 SEC EAST FOR A DISTACNE OF 644.40 FEET TO A POINT THENCE RUNNING NORTH 00 DEG 05 MIN 57 SEC WEST FOR A DISTANCE OF 3,140.02 FEET TO A POINT, THENCE RUNNING NORTH 89 DEG 49 MIN 17 SEC EAST FOR A DISTANCE OF 464.38 FEET TO A POINT; THENCE RUNNING SOUTH 00 DEG 05 MIN 57 SEC EAST FOR A DISTANCE OF 3,811.78 FEET BACK TO THE POINT OF BEGINNING, SAID TRACT BEING 40.26 ACRES, MORE OR LESS, AND LOCATED IN THE NORTHWEST QUARTER (NW ¼) AND THE SOUTHWEST QUARTER (SW ¼) OF SECTION 20, TOWNSHIP 7 NORTH, RANGE 3 WEST, HINDS COUNTY, MISSISSIPPI. |
| | | A money judgment in the amount of $13,292,323.86, representing the amount obtained by the Defendant, directly or indirectly, from the offenses of conviction. |

The United States of America published notice via the internet at www.forfeiture.gov including notice of this forfeiture and of the intent of the United States of America to dispose of the **Subject Property** in accordance with the law and as specified in the Agreed Preliminary Order. *See* Ex. A, Proof of Pub. [114-1]. The United States asserts that attempt was made to send direct notice of forfeiture to all known potential claimants by certified mail or email to the potential claimants' attorneys, which advised them of their right to petition the Court thirty (30) days from either receipt of notice or the last day of publication for a hearing to adjudicate the validity of their alleged legal interest in the **Subject Property**. *See* Ex. B, Proof of Service [114-2].

The $39,498.04 from Asset A2 claimed by Claimant Morgan Rutland [100] will be paid out of Asset A2 and disbursed by the U.S. Marshals Service as soon as practicable. The claims for $145,503.62 and $28,103.52 claimed by Claimant Morgan Rutland [100] and Claimants William Marce Rutland and Carol Anne Rutland [102], respectively, in relation to Asset C1, will be paid out of Asset A1, and will be disbursed by the U.S. Marshals Service as soon as practicable. The lien held by BancorpSouth, along with applicable interest and fees owing as of the entry of this Order, will be paid at the time of the U.S. Marshals Service's sale of C1. Likewise, any fees or taxes due and owing on the **Subject Property** will be paid to the appropriate taxing authorities or entities when the properties are sold. As no other person or entity filed a claim to any of the assets and the deadline for doing so has expired, any other third-party interested are barred by failure of those parties to file a timely petition.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.      The Defendant David "Jason" Rutland had an interest in the **Subject Property** that is subject to forfeiture pursuant to 18 U.S.C. § 982(a)(7).

2.      Final forfeiture judgment against the **Subject Property**, including a money judgment of $13,292,323.86, is hereby entered pursuant to 18 U.S.C. § 982(a)(7).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title, and interest to the **Subject Property** is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that the United States District Court shall amend this Order, as needed.

SO ORDERED, ADJUDGED, AND DECREED this _16th_ day of December 2021.

KEITH STARRETT
UNITED STATES DISTRICT JUDGE